IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION; CAUSE NO. 2:22-cv-00039

SYLVIA EVERETT, ADMINISTRATOR
FOR THE ESTATE OF MARION
NEWSOME                                                                                          PLAINTIFF

v.

ACCORDIUS HEALTH AT CREEKSIDE
CARE, LLC                                                                                        DEFENDANT

## AGREED CONSENT ORDER REFERRING
## CASE TO ARBITRATION

It appearing to the Court, as evidenced by the signatures of counsel for the interested parties below, that the parties have agreed to stay this lawsuit and submit this case to binding arbitration.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case be stayed and submitted to binding arbitration.

SO ORDERED AND ADJUDGED, this the  16th  day of  May , 2024.

_/s/ Robert T. Numbers II_
Hon. Robert T. Numbers, II
United States Magistrate Judge

APPROVED FOR ENTRY:

HAGWOOD AND TIPTON PC

BY:  /s/ Michael E. Phillips
     Michael E. Phillips (NCBN 45198)
     2015 Ayrsley Town Boulevard, Suite 202
     Charlotte, NC  28273
     Email: mphillips@hatlawfirm.com
        *Attorneys for Defendants*

MCDONALD WORLEY, PC


BY:   */s/ Kevin M. Cox*
      Kevin M. Cox, Esq.
      MCDONALD WORLEY, PC
      1770 St. James Place, Suite #100
      Houston, Texas 77056
      Email: kevin@mcdonaldworley.com
        *Attorneys for Plaintiff*